**No. 69579.**—Emil Katz & Co., Inc. *v.* United States, protests 256837–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon laces and lace articles made on a Levers machine, not made full gauge on a machine of 12 point or finer, not wholly or in chief value of cotton, rayon, other synthetic textile, or silk, the claim of the plaintiff was sustained.